FILED: October 15, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4779

(8:08-cr-00529-DKC-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JOSEPH FRANKLIN BROWN, JR.

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:08-cr-00529-DKC-1 |
| Date notice of appeal filed in originating court: | 10/10/2013 |
| Appellant (s) | Joseph Franklin Brown, Jr. |
| Appellate Case Number | 13-4779 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |