FILED: June 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4779

(8:08-cr-00529-DKC-1)

_____

UNITED STATES OF AMERICA

　　　　Plaintiff - Appellee

v.

JOSEPH FRANKLIN BROWN, JR.

　　　　Defendant - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 07/23/2014

Any reply brief permitted within 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk